IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re | * | |
| | * | |
| CLAUDIA PATRICIA HOFFMANN | * | Bankruptcy Case No: 18-22879 |
| | * | Chapter 7 |
| *Debtor* | * | |
| | * | |

\* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEADLINE
TO FILE COMPLAINTS OBJECTING TO DISCHARGE**

Claudia Patricia Hoffmann, Debtor, hereby requests that this Court enter an order extending the time for all parties-in-interest to file a complaint objecting to discharge, and in support states as follows:

The Debtor, in exchange for the Trustee's agreement to continue the §341 Meeting of Creditors for the above-captioned case, consents to the entry of an order extending the time for all parties in-interest to file complaints objecting to the discharge of the Debtor.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an Order extending the original deadline for all parties-in-interest to file complaints objecting to the discharge of the Debtor by sixty (60) days.

Respectfully submitted,

*/s/ Richard B. Rosenblatt*
RICHARD B. ROSENBLATT #04678
The Law Office of Richard B Rosenblatt PC
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
Office: 301-838-0098
Fax: 301-838-3498
rrosenblatt@rosenblattlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2018 a copy of the foregoing Consent Motion to Extend Deadline to File Complaints Objecting to Discharge was mailed first class mail, postage prepaid, to:

Chapter 13 Trustee

and all creditors and parties in interest.

>   */s/ Richard B. Rosenblatt*
>   RICHARD B. ROSENBLATT #04678
>   **The Law Offices of Richard B. Rosenblatt, PC**
>   30 Courthouse Square, Suite 302
>   Rockville, Maryland 20852
>   (301) 340-8200
>   Rrosenblatt@rosenblattlaw.com
>   *Bankruptcy Counsel for Claudia Hoffmann*