Air Tron Mid-Atlantic
5123 Pegasus Court
Suite M
Frederick, MD 21704


Alejandro Escalante
505 S. Lee Road
Sterling, VA 20164


Allied
21 Lawson Road
Suite A
Leesburg, VA 20175


Allstate Insurance
9316 Old Keene Mill Road
Chantilly, VA 20151


American Express


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex


Ana Maria Brockman Quiroga
5750 Colchester Road
Fairfax, VA 22030


Anna Maria Aldana
14531 Old Mill road
Centreville, VA 20121

Antezana Franklin Johnny & Daniela Versa
5750 Colchester Road
Fairfax, VA 22030


Appliance Connection
13851 Telegraph Road
Suite 101
Woodbridge, VA 22192


AR Jon Portable Toilet
327 Owaissa Road
Vienna, VA 22180


AR Remodeling/Antonio Rubio
148 Cabbel Drive
Manassas, VA 20111


Artifact LLC
14113 Robert Paris Court
Suite 103
Chantilly, VA 20151


Bank of America
P.O. Box 15796
Wilmington, DE 19886-5796


Barclays
P.O. Box 13337
Philadelphia, PA 19101-3337


Barclays
P.O. Box 13337
Philadelphia, PA 19101


Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899


BMC East LLC
10589 Redoubt Road
Manassas, VA 20111


Botero Homes LLC & Omar Botero Sr
11150 Sunset Hills Road
Suite 309
Reston, VA 20190


Brainwave Advisors, LLC
1227 San Filippo Court
San Jose, CA 95128


Brickwall Printing & Graphics
14088-D Sullyfield Circle
Chantilly, VA 20151


Cabinet ERA
2408 Columbia Pike
Arlington, VA 22204


Carmax Auto Finance
12800 Tuckahoe Creek Pkw
Richmond, VA 23238


Choice Stairway INC


Choice Stairways, Inc
231 Bugeye Square
Prince Frederick, MD 20678

```
Citi Bank
P.O. Box 6241
Sioux Falls, SD 57117-6241


Clarke Kathleen
6408 Lumsden St
Mc Lean, VA 22101


Constanza Valdes
1434 Cola Drive
Mc Lean, VA 22101


Construction Inspections Services
31 Sycolin Road
Leesburg, VA 20175


County of Fairfax
Department of Tax Administration
PO Box 10201
Fairfax, VA 22035-0201


Delta Concrete
10480 Colonel Court
Manassas, VA 20110


Demarr Construction, LLC
2504 Moon Drive
Falls Church, VA 22043


Demarr Construction, LLC
2504 Moon Drive
Falls Church, VA 22043


Discover Bank
PO Box 1603
Carol Stream, IL 60197
```

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


EBC Properties
1023 Eaton Drive
Mclean, VA 22103


Erie Insurance Exchange
100 Erie Ins Place
Erie, PA 16530


Escalera Plumbing, LLC
135 North Cottage Road
Sterling, VA 20164


Feng Lui & Nan Yang
1409 Cola Drive
Mc Lean, VA 22101


Fireside Heart & Home


Fireside Hearth & Home
10126 Harry L. Parrish Blvd
Manassas, VA 20110


G&B Insulation
9295 Industrial Drive
La Plata, MD 20646


G. O Construction, LLC
1012 Marcy Ave
Apt T3
Oxon Hill, MD 20745

```
Givago Growth, LLC
1434 Cola Drive
Mc Lean, VA 22101


Green Links
20725 16th Ave
NE Suite A 28
Miami, FL 33179


GU Zhongren & Che LU
1932 Beaver Lane
Mc Lean, VA 22101


Hao Wang
821 Leigh Mill Road
Great Falls, VA 22066


Hector Florentino
2390 Generation Drive
Reston, VA 20191


Homayoun Talieh
19908 Bella Vista Ave
Saratoga, CA 95070


Home Depot


Home Depot
P.O. Box 9001030
Louisville, KY 40290


Hu Dongming
1718 Chateau Court
Mc Lean, VA 22101
```

Inova Engineering Consultants, Inc
25209 Larks Terrace
Chantilly, VA 20152


Itech AG, LLC
5801 Malvern Hill Court
Haymarket, VA 20169


Jeffrey Neilsen
5801 Malvern Hill Court
Haymarket, VA 20169


Jennifer Yi & Brian Yan
11335 Vale Road
Oakton, VA 22124


Jennifer Yi & Brian Yan
11335 Vale Road
Mc Lean, VA 22101


Jennifer Yi & Brian Yan
11335 Vale Road
Falls Church, VA 22046


Jim Xi & Shelly
1726 Lansing Court
Mc Lean, VA 22101


Jin Yang & Zhang Hong
7407 Bethune St
Falls Church, VA 22043


Jiwei Xu
6809 Churchill Road
Mc Lean, VA 22102

JK Glass, LLC
3941 Persimmon Drive
Suite 101
Fairfax, VA 22031


Jose Martinez
Trim & Carpentry Inc
2623 Arlington Drive
Apt 102
Alexandria, VA 22306


JP Masonry
6004 Artemus Road
Gainesville, VA 20155


Juan Pablo Valdes
1434 Cola Drive
Mc Lean, VA 22101


Kenneth Ramirez
8512 Craggan Lane
Manassas, VA 20109


KNF Engineering
42687 Leaflet Lane
Chantilly, VA 20152


Kwan Yao & Jin Li
6809 Karlson Street
Mc Lean, VA 22101


Le Ngoc Kim T
7204 Beverly Street
Annandale, VA 22003


Lemin/Larry & Liping Zhang
7324 Old Dominion Drive
Mc Lean, VA 22101

```
Lloyd Ntuk
11350 Random Hills Road
Fairfax, VA 22030



Loan Me
P.O. Box 5645
Orange, CA 92863



Long Fence
42521 John Mosby Highway
Chantilly, VA 20152



Marble Solutions
13825 Redskin Drive
Herndon, VA 20171



Mark Spinelly & Jennifer Guo
2233 Whitcomb Place
Falls Church, VA 22046



Mastercard
P.O. Box 15796
Wilmington, DE 19886



Matthew Zhao Qi & Celine
1036 Carper Street
Mc Lean, VA 22101



Matthew Zhao Qi & Celine
1351 Windy Hill Road
Mc Lean, VA 22102



Michael K. Hoffman
2825 Aquarius Ave
Silver Spring, MD 20906
```

Michael K. Hoffman
2825 Aquarius Ave
Silver Spring, MD 20906


Michael K. Hoffman
2825 Aquarius Ave
Silver Spring, MD 20906


Michael K. Hoffman
2825 Aquarius Ave
Silver Spring, MD 20906


MM Electric
6603 Fisher Ave
Falls Church, VA 22046


Mogi
20725 16th Ave Suite A 28
Miami, FL 33179


Nova Home Investors
13050 Autumn Willow Drive
Fairfax, VA 22030


Nova Waste
Northern Virginia Waste/Potomac Landfull
3730 Greentree Lane
Dumfries, VA 22026


Paypal
P.O. Box 45950
Phoenix, AZ 85062


Pedro Felipe Valdes
14531 Old Mill Road
Centreville, VA 20121

```
Pennymac
P.O. Box 514387
Los Angeles, CA 90051-4387


Potomac Valley Brick
15810 Indianola Drive
Suite 100
Derwood, MD 20855


Prime Rate Premium Finance Corp
P.O. Box 580016
Charlotte, NC 28258


Qian Gu & Jingjing Ye
1710 Warner Ave
Mc Lean, VA 22101


Radius Global Solutions LLC
500 North Franklin Turnpike
Suite 200
Ramsey, NJ 07446-0357


Redman Brian
6808 Lumsden Street
Mc Lean, VA 22101


Redman Jocelyn
6808 Lumsden Street
Mc Lean, VA 22101


Shi Junfeng & Bian Yi
1708 Margie Drive
Mc Lean, VA 22101


Sotheby Floors, Inc
12079 Cadet Court
Manassas, VA 20109
```

Spatzio Concepts
19908 Bella Vista Ave
Saratoga, CA 95070


Su Mya Lin & Tin
9430 River Road
Potomac, MD 20854


SunBelt Rentals
1552 Springhill Road
Mc Lean, VA 22102


Tang Jie & Zhang Dongmei
6803 Lumsden Street
Mc Lean, VA 22101


The Lester Group
101 E. Commonwealth Blvd
P.O Box 4991
Arlington, VA 22201


The Roof Center
5900 Farrington Ave
Alexandria, VA 22304


Thos Somerville Co
14700 Willard Road
Chantilly, VA 20151


Top Quality Kitchen Granite & Marble, LL
14041 Willard Road
Chantilly, VA 20151


Total Lawn Care
P.O Box 11163
Manassas, VA 20113

Tower Federal Credit U
7901 Sandy Spring Rd
Laurel, MD 20707


Tower Federal Credit U
7901 Sandy Spring Rd
Laurel, MD 20707


Trenco
818 Soundside Road
Edenton, NC 27932


TruTeam Davenport Insulation
7400 Gateway Court
Manassas, VA 20109


TW Perry
41 Catocting Circle
SE
Leesburg, VA 20175


Vanderpool, Frostick & Nishanian, P.C
9200 Church Street
Suite 400
Manassas, VA 20110


Vector Security
9800 Paxtuxent Woods Drive #B
Columbia, MD 21046


Vector Security
2000 Ericsson Drive
Warrendale, PA 15086


Virginia Talieh
1434 Cola Drive
Mc Lean, VA 22101

Virginia Talieh
19908 Bella Vista Ave
Saratoga, CA 95070


Weilong Wang & Sophie
6446 Divine Street
Centreville, VA 20121


WisdomBridge, LLC
22059 Auction Barn Drive
Ashburn, VA 20148


Wyndham Vacation Resorts
P.O. Box 98940
Las Vegas, NV 89193-8940


Wyndham Vacation Resorts, INC
P.O. Box 98940
Las Vegas, NV 89193-8940


Wyndham VVisa
P.O. Box 13337
Philadelphia, PA 19101


Xiao Pan & Wei Li/Vivian Pan
7010 Churchill Road
Mc Lean, VA 22101


Ying Zhao
7102 Sea Cliff Road
Mc Lean, VA 22101


Zeshan Rana
9732 Thorn Bush Drive
Fairfax Station, VA 22039

Zhen Yang
4613 Carisbrooke Lane
Fairfax, VA 22030


Zhen Yang
2506 Brighton Court
Vienna, VA 22181