IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

In Re:                              *
                                    *
CLAUDIA PATRICIA HOFFMANN            *      Case No.: 18-22879
                                    *      Chapter   7
       *Debtor*                      *
                                    *
*     *     *     *     *     *     *

**AMENDED CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 11th day of October, 2018, a copy of the debtors consent motion to extend deadline to file complaints objecting to discharge was mailed first class mail, postage prepaid to:

Chapter 7 Trustee

and all creditors and parties in interest

                                                        */s/ Richard B. Rosenblatt*
                                                        RICHARD B. ROSENBLATT #04678
                                                        **The Law Office of Richard B. Rosenblatt PC**
                                                        30 Courthouse Square, Suite 302
                                                        Rockville, Maryland 20852
                                                        301-340-8200
                                                        rrosenblatt@rosenblattlaw.com
                                                        Bankruptcy counsel for Claudia Hoffmann